*Revised July 2012*

# United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
| --- |
| JAMES L. BLACK and wife, CATHLEEN J. BLACK |

| Defendant |
| --- |
| BOSTON SCIENTIFIC CORPORATION |

| Case Number | Judge |
| --- | --- |
| 2:20-cv-2202-SHL-tmp | Sheryl H. Lipman |

I, __Alana K. Bassin_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of __Boston Scientific Corporation_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Please see attached. | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Anderson | Rachelle | V. |

| Applicant's Firm Name |
|---|
| Bowman and Brooke LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 150 S. Fifth Street | 3000 |

| City | State | Zip Code |
|---|---|---|
| Minneapolis | MN | 55402 |

| Applicant's Email Address |
|---|
| alana.bassin@bowmanandbrooke.com |

| Applicant's Phone Number(s) |
|---|
| (612) 672-3250 |

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Bruce M. Smith, Esq., bsmith@appersoncrump.com, APPERSON CRUMP, PLC, 6000 Poplar Ave., Ste. 150, Memphis, TN 38119
Jeffrey M. Kuntz, Esq., jkuntz@wcllp.com, and Andrew N. Faes, Esq., afaes@wcllp.com, WAGSTAFF & CARTMELL, LLP, 4740 Grand Ave., Ste. 300, Kansas City, MO 64112
Robert F. Tom, Esq., rtom@bakerdonelson.com, and Locke Houston Waldrop, Esq., lhouston@bakerdonelso.com, BAKER DONELSON BEARMAN, ET AL., 165 Madison Ave., Ste. 2000, Memphis, TN 38103

Certificate of Consultation

The undersigned hereby certifies that pursuant to Local Rule 7.2, on April 10, 2020, Plaintiff's counsel, Bruce M. Smith, was contacted. Mr. Smith advised the Plaintiffs do not oppose this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 04/24/2020 | S/ Alana K. Bassin |

In re: Case No. 2:20-cv-2202-SHL-tmp
*James L. Black, and wife, Cathleen J. Black v. Boston Scientific Corporation*

I, Alana K. Bassin, am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted | Bar No. |
|---|---|---|
| Supreme Court of Minnesota | 12/25/1996 | 266589 |
| U.S.D.C. District of Minnesota | 12/05/1997 | |
| Supreme Court of North Dakota | 09/27/1996 | 05449 |
| U.S.D.C. District of North Dakota | 04/08/2014 | |
| Supreme Court of Montana | 05/28/2019 | 554486542 |
| U.S.D.C. District of Colorado | 07/14/2011 | |
| U.S.D.C. Eastern District of Michigan | 12/11/2013 | |
| U.S.D.C. Eastern District of Wisconsin | 09/26/2016 | |
| U.S. Court of Appeals – 8th Circuit | 04/20/2018 | |

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Alana K. Bassin, Bar # 266589, was duly admitted to practice in this Court on 12/05/1997, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, MN on 04/02/2020
*(Location)* *(Date)*

Kate M. Fogarty
CLERK

*DEPUTY CLERK*
*Signature of Clerk or Deputy Clerk*

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ALANA KIM BASSIN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 1996

Given under my hand and seal of this court on

April 21, 2020

Emily J. Eschweiler, Director
Office of Lawyer Registration